UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI Z. STORM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CSATF WARDEN, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-01287-KES-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES AND DISMISSING APPLICATION FOR IN FORMA PAUPERIS STATUS AS MOOT<br><br>Docs. 2, 9 |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　Plaintiff initiated this action on October 22, 2024. Doc. 1. Plaintiff filed an application to proceed in forma pauperis ("IFP") the same day. Doc. 2. On November 15, 2024, the Court issued an order directing plaintiff to show cause within fourteen days why the matter should not be dismissed for failure to exhaust administrative remedies. Doc. 7. Plaintiff did not respond to the Court's order, *see* docket, and thereafter, on January 22, 2025, the magistrate judge issued findings and recommendations recommending both summary dismissal for failure to exhaust administrative remedies and dismissal of plaintiff's IFP application as moot, Doc. 9. The findings and recommendations were served on plaintiff and contained notice that any objections were to

be filed within fourteen (14) days of service. *Id.* Plaintiff did not file any objections or otherwise communicate with the Court.

Pursuant to 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes the findings and recommendations are supported by the record and by proper analysis, except that dismissal shall be without prejudice.

Accordingly:

1. The findings and recommendations issued January 22, 2025 (Doc. 9), are ADOPTED IN FULL;

2. This matter is DISMISSED, without prejudice, for failure to exhaust administrative remedies;

3. Plaintiff's application to proceed in forma pauperis (Doc. 2) is DENIED as moot; and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 10, 2025

UNITED STATES DISTRICT JUDGE